## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:87CV514

| | | |
|---|---|---|
| JOSEPH W. and HELEN B. TEAGUE et al., | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **O R D E R** |
| v. | ) ) | |
| JIM BAKKER, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Report of Third Distribution and Recommendation of Special Master Regarding Funds on Hand, filed on July 10, 2008 (hereinafter "the Report"). No objections to the Report have been filed.

The Court has reviewed the Special Master's recommendations regarding the disbursement of the funds herein and hereby adopts them in their entirety.

**IT IS, THEREFORE, ORDERED** that the proposed notice form attached to the Report as Exhibit B is hereby **APPROVED**, and a copy of the notice shall be included with each check distributed to the class members.

**IT IS FURTHER ORDERED** that the Special Master wire the $359,098.86 that he has on hand from his trust account to Gilardi & Co., L.L.C. ("Gilardi") within 10 days from entry of this Order.

**IT IS FURTHER ORDERED** that, upon receipt of these funds, Gilardi shall:

1.      Reissue checks for $19.03 each to the 123 class members who have requested

reissues from the Third Distribution.

2. Issue checks for $12.83 (together with the notice form as provided above) to each of the 39,385 class members who negotiated pro rata checks from the first three distributions (including the 123 who requested reissues during the Third Distribution) herein within 30 days of Gilardi's receipt of the aforesaid wire.

3. Disburse $51,200.50 to Gilardi to pay the $1.30 per class member distribution costs.

4. Within 90 days of the checks' issuance date, close the bank account from which the distribution checks are issued and stop payment on any check not negotiated.

5. Submit a report to the Special Master within 120 days of the issuance of the checks setting forth the number of checks negotiated, the number of checks not negotiated, the amount of money remaining in the account, and any other relevant information.

6. Forward with the foregoing report a check for all remaining funds to the Special Master for deposit into the Special Master's trust account pending a final order of the Court.

**IT IS FURTHER ORDERED** that the Special Master file a report with this Court within 30 days from his receipt of the foregoing report from Gilardi.

The Clerk of Court is directed to provide copies of this Order to the attorneys of record as well as to the Special Master and Gilardi & Co., L.L.C.

Signed: August 5, 2008

Lacy H. Thornburg
United States District Judge