# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:87CV514

| | |
|---|---|
| JOSEPH W. and HELEN B. TEAGUE, *et al.*, ) ) Plaintiffs, ) ) Vs. ) ) JIM BAKKER, *et al.*, ) ) Defendants. ) ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Special Master's Report of Fourth Distribution and Recommendation Regarding Funds on Hand, filed January 29, 2009. No objections to report and recommendation have been filed.

The Court has reviewed the Special Master's report and recommendations regarding the distribution of the remaining funds herein and hereby adopts them in their entirety.

**IT IS, THEREFORE, ORDERED** that:

1. The Special Master issue checks totaling $1,572.30 to the class members who have requested reissuance of the settlement checks.

2. Upon completion of the reissuance of the settlement checks, the Special Master is directed to file a fee petition for consideration by the Court.

3. Any funds remaining in the Special Master's trust account after payment of his fees shall be divided equally and disbursed to the Billy Graham Evangelistic Association and Samaritan's Purse.

Signed: February 20, 2009

Lacy H. Thornburg
United States District Judge