# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:87CV514

| | |
|---|---|
| JOSEPH W. and HELEN B. TEAGUE, *et al.*, ) ) Plaintiffs, ) ) Vs. ) ) JIM BAKKER, *et al.*, ) ) Defendants. ) ) | O R D E R |

**THIS MATTER** is before the Court on the Final Fee Petition of the Special Master filed April 21, 2009. No objections or responses have been filed by any party and the time for doing so has now expired.

On review of the Special Master's fee request, the Court finds the services rendered for the period February 10, 2005, through February 26, 2009, and the amounts charged for such services to be justified and approves same.

**IT IS, THEREFORE, ORDERED** that the Special Master's Final Fee Petition is hereby **APPROVED** and a payment in the amount of **THREE THOUSAND, THREE HUNDRED TEN DOLLARS AND SIXTY-TWO**

**CENTS ($3,310.62)** is hereby **AWARDED**. The Special Master is hereby authorized to issue a check from the remaining proceeds in his trust account payable to the law firm of Sellers, Hinshaw, Ayers, Dortch & Lyons, P.A.

**IT IS FURTHER ORDERED** that any funds remaining in the Special Master's trust account after payment of the foregoing fees shall be divided equally and disbursed to the Billy Graham Evangelistic Association and Samaritan's Purse.

Signed: May 14, 2009

Lacy H. Thornburg
United States District Judge